UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23–cv–10360–MWF–AGR | Date | December 10, 2024 |
| Title | XL SPECIALTY INSURANCE COMPANY V. J.B. HUNT TRANSPORT, INC. ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

In light of the Notice of Settlement filed 12/5/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for January 13, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs